Opinion filed November 6, 2025



In The

# Eleventh Court of Appeals

_____

## No. 11-25-00281-CV

_____

## IN THE INTEREST OF N.A., A CHILD

**On Appeal from the 326th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 11276-CX**

### M E M O R A N D U M   O P I N I O N

Appellant, the mother of N.A., filed a notice of appeal from the trial court's final order in a suit affecting the parent-child relationship. Appellant has now filed a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). In the motion, Appellant's counsel states that "Appellant Mother has informed counsel that she no longer wishes to pursue this appeal." Counsel certifies that the Texas Department of Family and Protective Services and the attorney ad litem for the child do not oppose the motion.

We grant Appellant's motion and dismiss the appeal.

W. BRUCE WILLIAMS

November 6, 2025                    JUSTICE

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.